IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

BEINE, et al.,

*Plaintiffs-Appellants*,

v. No. 26-1233

CHILDREN'S HOSPITAL AND HEALTH SYSTEM, INC., et al.,

*Defendants-Appellees*.

**DECLARATION OF MATTHEW D. KRUEGER**

Pursuant to 28 U.S.C. § 1746, Matthew D. Krueger declares as follows:

1. I am a partner at the law firm of Foley & Lardner LLP and counsel of record for Defendants-Appellees Children's Hospital and Health System, Inc.; Children's Hospital of Wisconsin, Inc.; Heather L. Lisko, N.P.; and Deborah A. Bretl, N.P., in this case. I make this declaration in support of the Unopposed Joint Motion of Defendants-Appellees for Second Extension of Time to File Responsive Brief(s).

2. In addition to the Defendants-Appellees listed in paragraph one, Defendants-Appellees the Medical College of Wisconsin, Inc.; Hillary W. Petska, M.D.; Michael N. Levas, M.D.; Kevin P. Boyd, D.O.; and Matthew R. Plunk, M.D., are represented by Mr. Joseph A. Culig and Ms. Jill M. Munson from Hinshaw & Culbertson LLP.

3. Plaintiffs-Appellants filed their principal brief on March 26, 2026. (Dkt. 16.)

4. Defendants-Appellees filed one prior motion for an extension of time to file their responsive brief(s) on April 20, 2026, which the Court granted. (Dkts. 23 & 24.)

5. The current deadline for Defendants-Appellees to file their responsive brief(s) is May 18, 2026. (Dkt. 24.)

6. Defendants-Appellees request an additional 21-day extension of the current deadline to file their responsive brief(s), until June 8, 2026.

7. This appeal involves nine appellees represented by separate counsel, and preparing coordinated, non-redundant briefing in accordance with this Court's order (Dkt. 2) requires significant coordination among counsel to ensure that each appellee's position is adequately addressed while avoiding duplicative submissions.

8. Additionally, counsel for Defendants-Appellees are engaged in other matters that currently require significant time and attention. For Mr. Culig of Hinshaw & Culbertson LLP, who is counsel of record for the Medical College of Wisconsin, Inc.; Hillary W. Petska, M.D.; Michael N. Levas, M.D.; Kevin P. Boyd, D.O.; and Matthew R. Plunk, M.D., these obligations include preparing for a hearing on post-trial motions in *Ramos v. City of Rock Falls*, 2022 LA 50 (Whiteside Cnty. Cir. Ct.), on May 21, 2026. For undersigned counsel, who is counsel of record for Children's Hospital and Health System, Inc.; Children's Hospital of Wisconsin, Inc.; Heather L. Lisko, N.P.; and Deborah A. Bretl, N.P., these obligations include managing an internal investigation regarding an

urgent and sensitive matter that requires conducting multiple witness interviews over the next two weeks.

9. In light of the circumstances described above, including the nature of this appeal and counsel's other engagements, counsel for Defendants-Appellees submit that additional time is needed to prepare responsive brief(s) that fully address the issues on appeal and will be helpful to the Court.

10. This is the second motion for an extension of time filed by Defendants-Appellees.

11. Opposing counsel was notified of the fact that an extension would be sought, and they confirmed that they do not oppose the requested extension.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on May 13, 2026. *s/Matthew D. Krueger*
Matthew D. Krueger